Justice CASTILLE joins this Dissenting Opinion.

■

## STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Petitioner,

v.

## Margaret Mary KREEB and Gary James Kreeb, Respondent.

Supreme Court of Pennsylvania.

Aug. 24, 2000.

### *ORDER*

PER CURIAM:

**AND NOW,** this 24th day of August 2000, the petition for allowance of appeal is GRANTED, the decision of the Superior Court is REVERSED. *See Winslow–Quattlebaum v. Maryland Insurance*

*Group and Zurich Personal Insurance,* 561 Pa. 629, 752 A.2d 878 (2000).